**Jose MORA, Plaintiff–Appellant,**

v.

**Suhasini SHAH; Nancy Pendergrass, Bureau of Prisons Petersburg Medium Dietician; M. Dupree, Defendants–Appellees.**

No. 09–6622.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2009.

Decided: Aug. 13, 2009.

Jose Mora, Appellant Pro Se.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Mora seeks to appeal the district court's orders outlining the requirements for paying the filing fee in installments and ordering Mora to provide an adequate number of copies of his amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Mora seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Mora's motion for interlocutory injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*